BTXN 138 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>With Purpose, Inc.<br><br>Debtor(s) | § | Case No.: 23−30246−mvl7<br>Chapter No.: 7 |
| Scott M. Seidel, Trustee<br>Plaintiff(s)<br>vs.<br>Toby Neugebauer et al.<br>Defendant(s) | § | Adversary No.: 25−03007−mvl<br><br>Civil Case No.: 3:25−cv−00895−E |
| SCOTT M. SEIDEL, TRUSTEE<br>Plaintiff(s)<br>vs.<br>TOBY NEUGEBAUER and NEUGEBAUER FAMILY ENTERPRISES, LLC<br>Defendant(s) | § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of: Motion to withdraw the reference and Redacted Brief in Support .

DATED: 4/1/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk